**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-26-00035-CV**
_____

**JACKIE R. CANNON, Appellant**

**V.**

**KAYLEIGH A. MCCLELLAN, Appellee**

_____

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 25-01-00204**

_____

**MEMORANDUM OPINION**

On January 23, 2026, Jackie R. Cannon filed a notice of restricted appeal from a final judgment signed on July 23, 2025. On February 23, 2026, the District Clerk notified the Court that Appellant had failed to pay or to make the arrangements necessary for the District Clerk to prepare the clerk's record. We notified the parties that Appellant had not established indigent status, and that the clerk's record had not been filed due to Appellant's failure to pay or to arrange to pay the fee required to

1

prepare the clerk's record. We warned Appellant that the appeal would be dismissed for want of prosecution unless Appellant established that she had made the arrangements required to pay the fee or that she needed more time to do so. *See* Tex. R. App. P. 37.3(b). After the Clerk of this Court sent the parties a letter warning of the consequences of a failure to take the action necessary to file the clerk's record, the Court did not receive a response. On May 12, 2026, the District Clerk notified the Court that Appellant still has not paid for the record.

Appellant has not explained why she has not paid the fee for the clerk's record; therefore, we dismiss the appeal for want of prosecution. *Id.* 42.3(b), (c), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on May 27, 2026
Opinion Delivered May 28, 2026

Before Golemon, C.J., Johnson and Wright, JJ.

2